**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| **Larry Michael Knotts, Jr.,** | : | Case No. 14-52583 |
| **Alyssa Brooke Knotts,** | : | Chapter 13 |
| Debtors. | : | Judge Hoffman |

## NOTICE OF CHANGE OF MAILING ADDRESS FOR DEBTORS

Now come Debtors, Larry and Alyssa Knotts, by and through counsel, and notify the Court as to a change in their mailing address to the following, effective immediately:

430 Clarendon Street
Newark, Ohio 43055

Respectfully submitted,

/s/ Crystal I. Zellar
Crystal I. Zellar (#0038785)
Shelley E. Hibburt (#0091736)
**Zellar & Zellar, Attorneys at Law, Inc.**
720 Market Street
Zanesville, Oh 43701
Telephone: (740) 452-8439
Facsimile: (740) 450-8499
mail@ZellarLaw.com
Counsel for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Change of Mailing Address for Debtors** was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on **June 13, 2017** addressed to:

Larry and Alyssa Knotts
430 Clarendon St
Newark OH 43055

/s/ Crystal I. Zellar
Crystal I. Zellar (#0038785)
Shelley E. Hibburt (#0091736)
**Zellar & Zellar, Attorneys at Law, Inc.**
Counsel for Debtors